IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., | § § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY, and THE DEPARTMENT OF DEFENSE. | § § § § § | |

**CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Public Warehousing Company K.S.C., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Public Warehousing Company K.S.C. which have any outstanding securities in the hands of the public:

1. Public Warehousing Company K.S.C.

2. Metal and Recycling Co KSCC

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for Public Warehousing Company K.S.C.

Dated: March 17, 2007

*[signature]*

Michael R. Charness
D.C. Bar No. 289322
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Ave. Suite 600
Washington, D.C. 20004
Telephone: (202) 639-6780
Facsimile: (202) 639-6640

DC 658082v.1