AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PUBLIC WAREHOUSING COMPANY
K.S.C.,

**SUMMONS IN A CIVIL CASE**

V.

DEFENSE SUPPLY CENTER PHILADELPHIA,
THE DEFENSE LOGISTICS AGENCY, and
THE DEPARTMENT OF DEFENSE

Case: 1:07-cv-00502
Assigned To : Bates, John D.
Assign. Date : 3/16/2007
Description: PUBLIC WAREHSE V. DEFENSE SUPP

TO: (Name and address of Defendant)

Attorney General of the United States
U.S. Department of Justice
Room B-103
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael R. Charness
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Ave. Suite 600
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    MAR 15 2007
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 19, 2007 |
| NAME OF SERVER (PRINT) Damon L. Webb | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 950 Pennsylvania Avenue, N.W., Washington, DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 19, 2007     *Damon Webb* (signature)
               Date                      Signature of Server

                            1455 Pennsylvania Avenue, N.W., Suite 600
                            Washington, DC 20004-1008
                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.