UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC WAREHOUSING COMPANY K.S.C.,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**DEFENSE SUPPLY CENTER PHILADELPHIA, et al.,**<br><br>　　Defendants. | Civil Action No.  07-0502 (JDB) |

## ORDER

Pursuant to the teleconference held on this 21st day of March, 2007, it is hereby

**ORDERED** that, pursuant to the consent of the parties and Fed. R. Civ. P. 65(a)(2), plaintiff's motion for preliminary injunction shall be consolidated with the resolution of the merits of the action, and plaintiff's motion shall be treated as a motion for permanent injunction; it is further

**ORDERED** that plaintiff's motion for expedited discovery is **GRANTED IN PART** as set forth in the next paragraph; and it is further

**ORDERED** that the following schedule shall govern further proceedings:

1.　　Plaintiff is authorized to serve not more than ten (10) interrogatories and ten (10) parallel requests for production of documents by not later than March 22, 2007, 9:00 a.m., limited to the following three subjects for the period running from December 2005 to the present:

(a) The names of the procurement agencies that have requested past performance

evaluations regarding plaintiff from the Defense Supply Center Philadelphia ("DSCP").

(b) The dates those procurement agencies made the requests for such past performance evaluations.

(c) DSCP's response(s) to such requests, including the date of DSCP's response(s).

2. Defendants' responses to plaintiff's interrogatories and requests for production of documents shall be served on plaintiff by not later than March 29, 2007.

3. Defendants' consolidated motion to dismiss for lack of subject matter jurisdiction, motion for judgment on the merits, and opposition to plaintiff's motion for permanent injunction shall be filed by not later than April 2, 2007.

4. Plaintiff's opposition to defendants' motions and reply in support of plaintiff's motion for permanent injunction shall be filed by not later than April 11, 2007.

5. Defendants' reply brief shall be filed by not later than April 18, 2007.

6. A hearing on the motions is scheduled for April 26, 2007, at 2:00 p.m.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Date: March 21, 2007