AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PUBLIC WAREHOUSING COMPANY
K.S.C.,

**SUMMONS IN A CIVIL CASE**

V.

DEFENSE SUPPLY CENTER PHILADELPHIA,
THE DEFENSE LOGISTICS AGENCY, and
THE DEPARTMENT OF DEFENSE

Case: 1:07-cv-00502
Assigned To : Bates, John D.
Assign. Date : 3/16/2007
Description: PUBLIC WAREHSE V. DEFENSE SUPP

TO: (Name and address of Defendant)

Office of Counsel
Defense Supply Center Philadelphia
700 Robbins Avenue
Philadelphia, PA  19111

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael R. Charness
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Ave. Suite 600
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within  __60__  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAR 15 2007
CLERK                             DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  March 19, 2007 |
| NAME OF SERVER *(PRINT)*  Alexander O. Levine | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

** ☒ Other (specify):   BY CERTIFIED MAIL (See Attached)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 28, 2007         _[signature]_
                *Date*                *Signature of Server*

Vinson & Elkins L.L.P.
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004-1008
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| Article Sent To: Office of Counsel | | |
|---|---|---|
| Postage | $ 4.20 | |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 8.45 | |

Name (Please Print Clearly) (to be completed by mailer)
Alex Levine - Vinson & Elkins LLP
Street, Apt. No.; or PO Box No.
1455 Penn Ave., N.W., Ste 600
City, State, ZIP+4
Wash. DC 20004-1008

PS Form 3800, July 1999           See Reverse for Instructions

U.S. POSTAGE PB22233732
MAR 16 07
$08.450
20004
1651 1845 7110

First Class Mail

CERTIFIED MAIL
7099 3400 0012 2947 0506

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF RETURN ADDRESS
FOLD AT DOTTED LINE

**Vinson & Elkins LLP** Attorneys at Law
The Willard Office Building, 1455 Pennsylvania Avenue, N.W., Washington, DC 20004-1008

OFFICE OF COUNSEL
DEFENSE SUPPLY CENTER PHILADELPHIA
700 Robbins Avenue
Philadelphia, PA 19111

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Office of Counsel
   Defense Supply Center Philadelphia
   700 Robbins Avenue
   Philadelphia, PA 19111

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): _M Peters_   C. Date of Delivery: 3-14-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7099 3400 0012 2947 0506

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

[Postmark: CHASE STA, MAR 19 2007, USPS 19111]