AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PUBLIC WAREHOUSING COMPANY
K.S.C.,

**SUMMONS IN A CIVIL CASE**

V.

DEFENSE SUPPLY CENTER PHILADELPHIA,
THE DEFENSE LOGISTICS AGENCY, and
THE DEPARTMENT OF DEFENSE

Case: 1:07-cv-00502
Assigned To : Bates, John D.
Assign. Date : 3/16/2007
Description: PUBLIC WAREHSE V. DEFENSE SUPP

TO: (Name and address of Defendant)

Department of Defense- Office of General Counsel
1600 Defense Pentagon
Washington, DC 20301-1600

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael R. Charness
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Ave. Suite 600
Washington, D.C. 20004

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              MAR 15 2007
_____                    _____
CLERK                                                 DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE March 20, 2007 |
| NAME OF SERVER *(PRINT)* Alexander O. Levine | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

** XX  Other (specify):   BY CERTIFIED MAIL (See Attached)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 30, 2007
                Date              *Signature of Server*

Vinson & Elkins L.L.P.
1455 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004-1008
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.




Vinson & Elkins LLP Attorneys at Law
The Willard Office Building, 1455 Pennsylvania Avenue, N.W., Washington, DC 20004-1008

DEPARTMENT OF DEFENSE
OFFICE OF GENERAL COUNSEL
1600 Defense Pentagon
Washington, DC 20301-1600



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7099 3400 0012 2947 0520**
Status: **Delivered**

Your item was delivered at 7:15 AM on March 20, 2007 in WASHINGTON, DC 20310.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )   ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS          site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy