UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 1:07cv502<br>: |
| DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY, and THE DEPARTMENT OF DEFENSE. | :<br>:<br>:<br>: |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants Defense Supply Center Philadelphia, Defense Logistics Agency, and the Department of Defense, respectfully requests a brief enlargement of time up to and including April 4, 2007 within which to submit its motion to dismiss for lack of subject matter jurisdiction and response to Plaintiff's complaint.  In support of this request, Defendant states as follows:

1.  Pursuant to the scheduling order in this matter, Defendant is required to file its motion and response by April 2, 2007.

2. Due to the press of other work and absences of relevant personnel from the office, Agency counsel is still attempting to ascertain information necessary to the Defendant's motion and response.

3.  Pursuant to Local Rule 7(m), the undersigned counsel has attempted to contact Plaintiff's counsel Michael Charness on this same date but has not been able to discuss this motion for enlargement with him.  Defendant notes, however, that the undersigned counsel contacted Mr. Charness after regular work hours.

For the foregoing reasons, the Defendant respectfully requests that the Court grant its

motion for an enlargement of time to April 4, 2007 for the filing of its motion and response.

                          Respectfully submitted,

                          ___/s/_____
                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                          United States Attorney

                          ___/s/_____
                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                          Assistant United States Attorney

                          ___/s/_____
                          QUAN K. LUONG
                          Special Assistant United States Attorney
                          555 Fourth Street, N.W., Room E-4417
                          Washington, D.C. 20530
                          (202) 514-9150 (telephone)
                          (202) 514-8780 (facsimile)

                          ___/s/_____
                          STEVE RANIERI
                          Special Assistant United States Attorney
                          555 Fourth Street, N.W., Room E-4417
                          Washington, D.C. 20530
                          (202) 353-9895 (telephone)
                          (202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC WAREHOUSING COMPANY K.S.C.,** | : <br> : <br> : |
| v. | : CIVIL ACTION NO. 1:07cv502 <br> : |
| **DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY, and THE DEPARTMENT OF DEFENSE.** | : <br> : <br> : <br> : |

ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that the motion should be, and it hereby is, granted, and that Defendant shall have up to and including April 4, 2007 for the filing of its motion and response.

_____
UNITED STATES DISTRICT JUDGE