UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 1:07cv502 (JDB)<br>: |
| DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY, and THE DEPARTMENT OF DEFENSE. | :<br>:<br>:<br>: |

**DEFENDANT'S SUPPLEMENTAL MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendants Defense Supply Center Philadelphia, Defense Logistics Agency, and the Department of Defense, respectfully submits this supplemental request, *see Docket Entry* , for a brief enlargement of time up to and including April 4, 2007 within which to submit its motion to dismiss for lack of subject matter jurisdiction and response to Plaintiff's complaint.  In further support of this request, Defendant states as follows:

1.  On April 3, 2007, Plaintiff's counsel, Michael Charness, advised that he did not object to Defendant's request for enlargement.  However, Mr. Charness requested that Plaintiff be provided with an additional two days to file its opposition.  Currently, Plaintiff's opposition is due on April 11, 2007.

For the foregoing reasons, Defendant respectfully requests that the Court grant its motion for an enlargement of time to April 4, 2007 for the filing of its motion and response and also requests that Plaintiff be provided until April 13, 2007 to file its opposition.

Respectfully submitted,

___/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

___/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

___/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

___/s/_____
STEVE RANIERI
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 353-9895 (telephone)
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC WAREHOUSING COMPANY K.S.C.,** | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 1:07cv502<br>: |
| **DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY, and THE DEPARTMENT OF DEFENSE.** | :<br>:<br>:<br>: |

ORDER

UPON CONSIDERATION of the Defendant's Motion for Enlargement of Time, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED, that the motion should be, and it hereby is, granted, and that Defendant shall have up to and including April 4, 2007 for the filing of its motion and response and that Plaintiff shall have up to and including April 13, 2007 to file its opposition.

_____
UNITED STATES DISTRICT JUDGE