UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., | : <br> : <br> : |
| v. | : CIVIL ACTION NO. 1:07cv502 (JDB) <br> : |
| DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY, and THE DEPARTMENT OF DEFENSE. | : <br> : <br> : <br> : |

**SUPPLEMENT TO DEFENDANTS' CONSOLIDATED MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S APPLICATION FOR PERMANENT INJUNCTION**

Defendants Defense Supply Center ("DSCP"), Defense Logistics Agency ("DLA"), and the United States Department of Defense ("DoD") (collectively, "Defendants"), through counsel, hereby submit this supplement to its motion to dismiss and opposition to Plaintiff's application for permanent injunction. *See Docket Entries 13 and 14.* Specifically, Defendants hereby submit the attached Declaration of Linda Ford and a copy of the recently completed performance evaluation for the PV Bridge contract between Public Warehousing Company K.S.C. and DSCP.

Respectfully submitted,

___/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

___/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

___/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417

                    Washington, D.C. 20530
                    (202) 514-9150 (telephone)
                    (202) 514-8780 (facsimile)

DECLARATION OF LINDA FORD

STATE OF PENNSYLVANIA

COUNTY OF PHILADELPHIA

I, Linda Ford, Contracting Officer, Directorate of Subsistence, Defense Supply Center Philadelphia ("DSCP"), 700 Robbins Avenue, Philadelphia, Pennsylvania 19111, do hereby solemnly affirm that the following is true and accurate.

1. I am one of two contracting officers currently assigned to contract number SPM300-06-D-3128. DSCP awarded this contract to The Public Warehousing Company K.S.C. (PWC) on June 3, 2005. The contract was implemented on December 5, 2005. Under this contract, PWC provides full line food and non-food distribution for authorized customers in Iraq and Kuwait.

2. I was the contracting officer for a follow-on contract to contract number SPM300-05-D-3061. DSCP awarded the follow-on contract to PWC on February 16, 2005 pursuant to 10 U.S.C. 2304(c)(2) based on unusual and compelling urgency. This follow-on contract is referred to as a bridge contract because it temporarily bridged the gap between the first Iraq prime vendor contract number SPM300-05-D-3061 and the second Iraq prime vendor contract number SPM300-06-D-3128. Under the bridge contract, PWC provided full line food and non-food distribution for authorized customers in Iraq, Kuwait, Qatar and Afghanistan. The bridge contract expired on December 4, 2005.

3. On April 12, 2007 I reviewed and approved a PWC performance evaluation in the Contractor Performance Assessment Reporting System (CPARS) for the

bridge contract referenced above. I entered my name into CPARS as the Assessing Official for this evaluation.

    Further deponent saith not.

    I declare pursuant to 28 USC §1746, under the penalty of perjury that the foregoing are true and correct statements.

12 APR 07
Date

LINDA FORD
Contracting Officer
Directorate of Subsistence
Defense Supply Center Philadelphia