UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC WAREHOUSING COMPANY K.S.C.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**DEFENSE SUPPLY CENTER PHILADELPHIA, et al.,**<br><br>    Defendants. | Civil Action No.  07-0502 (JDB) |

### ORDER

Upon consideration of plaintiff's unopposed motion for protective order with respect to the Contractor Performance Assessment Report filed by defendants on April 13, 2007 (Doc. No. 15-3), it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall remove the Contractor Performance Assessment Report (Doc. No. 15-3) from the public record and maintain it under seal pending further Order of the Court.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　United States District Judge

Date:  April 18, 2007