**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

PUBLIC WAREHOUSING COMPANY
K.S.C.,

     Plaintiff,

       v.                                              Civil Action No.  07-0502 (JDB)

DEFENSE SUPPLY CENTER
PHILADELPHIA, <u>et</u> <u>al.</u>,

     Defendants.

---

<u>**ORDER**</u>

Before the Court are plaintiff's motion for leave to amend the complaint and supplement its pleadings and plaintiff's motion to file pleadings under seal.  The proposed amended complaint supplements plaintiff's factual allegations with information contained in defendants' April 12, 2007 performance evaluation regarding one of the contracts with plaintiff at issue in this case.

Since the filing of the motion, the parties have informed that Court that defendants do not oppose plaintiff's motion if the briefing schedule is modified to extend the time for defendants' final brief by one business day.  Plaintiff anticipates that it may wish to then file additional responsive papers.  In light of the further factual developments affecting plaintiff's case, and the consent of defendants, the Court concludes that leave to file the amended complaint should be granted.  The Court will also modify the briefing schedule as set forth below.  However, no further extensions will be granted absent extraordinary circumstances.

The matter of whether the amended complaint and supplemental briefs should be filed

under seal is more difficult. Plaintiff contends that the April 12th performance evaluation is confidential under 48 C.F.R. § 42.1503(b),[1] and that, because its amended complaint and supplemental briefs refer to information in the evaluation, those documents also must be sealed. See Pl.'s Motion to Amend Complaint and File Pleadings Under Seal at 4. Plaintiff notes that the Court has already placed the performance evaluation under seal for that very reason. However, the difficulty plaintiff faces is that the information from the evaluation that plaintiff considers most sensitive is already in the public record -- that is, the sensitive information is in plaintiff's original complaint, plaintiff's motion for preliminary injunction, defendants' consolidated opposition and motion to dismiss, and plaintiff's reply. It makes little sense to prohibit the parties from discussing that information on the public record merely because it is now also referenced in a performance evaluation. Perhaps plaintiff considers it necessary to place its amended complaint and supplemental briefs under seal to maintain prophylactic compliance with 48 C.F.R. § 42.1503(b), or to enable plaintiff to refer to other information in the evaluation that might place the sensitive information in context. But the Court is troubled by the prospect of placing documents under seal where the core information at issue already is in the public domain through filings in this very case. However, to preserve the issue pending further argument from the parties, the Court will provisionally seal the documents until the motions hearing on April 26, 2007. The Court will revisit the issue at that time.

---

[1] This regulation states, in relevant part: "The completed evaluation shall not be released to other than Government personnel and the contractor whose performance is being evaluated during the period the information may be used to provide source selection information. Disclosure of such information could cause harm both to the commercial interest of the Government and to the competitive position of the contractor being evaluated as well as impede the efficiency of Government operations." 48 C.F.R. § 42.1503(b).

Accordingly, it is hereby

**ORDERED** that plaintiff's motion for leave to file an amended complaint is **GRANTED**; it is further

**ORDERED** that plaintiff's motion to seal the amended complaint and supplemental briefs is **PROVISIONALLY GRANTED** through and including April 26, 2007; it is further

**ORDERED** that defendants' supplemental opposition to plaintiff's motion for permanent injunction shall be filed by not later than April 23, 2007; it is further

**ORDERED** that any response by plaintiff shall be filed by not later than 4:00 p.m. on April 24, 2007 and shall not exceed five (5) pages in length; it is further

**ORDERED** that all papers shall be served by hand-delivery on counsel of record and the Court; and it is further

**ORDERED** that the motions hearing remains on the calendar for April 26, 2007, at 2:00 p.m. in Courtroom 8.

**SO ORDERED.**


_____
/s/
JOHN D. BATES
United States District Judge

Date:  April 20, 2007