IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., | § § § | |
| v. | § § | CIVIL ACTION NO. 1:07cv502 (JDB) |
| DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY, and THE DEPARTMENT OF DEFENSE. | § § § § § | |

### SUPPLEMENT TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND EXPEDITED HEARING

On April 13, 2007, Defendants Defense Supply Center Philadelphia, the Defense Logistics Agency, and the Department of Defense (collectively "DSCP") submitted its recently completed Contractor Performance Assessment Reporting System evaluation ("CPARS evaluation"). Under Rule 15(d) of the Federal Rules of Civil Procedure, Plaintiff Public Warehousing Company K.S.C. ("PWC") files this Supplement to its Motion for Preliminary Injunction in order to address the events (*i.e.*, the filing of the CPARS evaluation for the PV Bridge contract) that have transpired since the date of the original pleading. FED. R. CIV. P. 15(d). Specifically, PWC must seek additional injunctive relief to offset the irreparable harm caused by DSCP's statements contained in this CPARS evaluation.

### SUPPLEMENTAL REQUEST FOR RELIEF

In addition to the relief sought in its Motion for Preliminary Injunction and Expedited Hearing, PWC requests that the Court enjoin DSCP from referencing the ongoing investigation

23

of the Department of Justice in (1) past performance evaluations (*i.e.*, CPARS evaluations), and (2) the provision of past performance information to agencies requesting such information.

DATED: April 18, 2007

                                Respectfully submitted,

                                /s/ Michael R. Charness
Michael R. Charness
D.C. Bar No. 289322
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Ave. Suite 600
Washington, D.C. 20004
Telephone: (202) 639-6780
Facsimile: (202) 639-6640