UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PUBLIC WAREHOUSING COMPANY K.S.C., | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 1:07cv502 (JDB)<br>: |
| DEFENSE SUPPLY CENTER PHILADELPHIA, THE DEFENSE LOGISTICS AGENCY, and THE DEPARTMENT OF DEFENSE. | :<br>:<br>:<br>: |

**NOTICE OF FILING**

During the April 26, 2007 hearing, the Court asked Defendants Defense Supply Center ("DSCP"), Defense Logistics Agency ("DLA"), and the United States Department of Defense ("DoD") (collectively, "Defendants"), to provide supplemental information regarding: (1) the future status of the PV2 contract between DSCP and PWC and (2) whether or not there are any regulations that require a contractor to disclose whether or not it is being investigated.

First, as indicated in the attached letter, on March 22, 2007, DSCP advised PWC of its intent to exercise the option under the PV2 contract for a one-year extension. Second, other than the FAR provision provided by PWC in its April 27, 2007 notice of filing, DSCP advises that it is not aware of any other such regulations.

Respectfully submitted,

\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

          ___/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)



**DEFENSE LOGISTICS AGENCY**
DEFENSE SUPPLY CENTER PHILADELPHIA
700 ROBBINS AVENUE
PHILADELPHIA, PENNSYLVANIA 19111-5092

IN REPLY
REFER TO   DSCP- FTAE, Timothy Dlugokecki, 215-737-7320

22 March 2007

MEMORANDUM FOR: C.T. "Toby" Switzer, CEO Public Warehousing Company (PWC)

SUBJECT: Notice of Intent to Exercise Option under Contract SPM300-07-D-3128.

Dear Mr. Switzer,

In accordance with Clause 52.217-9P12, Option for Indefinite Quantity Term Extension (Mar 2004), this is your preliminary notice of the Government's intent to invoke the first term option period on the contract cited above. The option period under consideration is from 03 June 2007 through 02 June 2008.

This preliminary notice does not commit the Government to an extension. The Government will determine if exercising the option is the best way to accomplish the mission, considering price and other factors.

It is expected that a written contract modification will be issued in 8-10 weeks. If you have any questions, please do not hesitate to contact Timothy B. Dlugokecki at: (215) 737-7320.

Sincerely,

Timothy B. Dlugokecki
Contracting Officer