UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PUBLIC WAREHOUSING COMPANY K.S.C.,**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**DEFENSE SUPPLY CENTER PHILADELPHIA, et al.,**<br><br>　　Defendants. | Civil Action No. 07-0502 (JDB) |

## ORDER

Upon consideration of plaintiff's motion for preliminary and permanent injunction and defendants' motion to dismiss the amended complaint, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendants' motion to dismiss is **GRANTED** and plaintiff's amended complaint is **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that plaintiff's motion for preliminary and permanent injunction is **DENIED**.

　　**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:　May 22, 2007